**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KATIE ANN MAURER,

                      Plaintiff,                            21 **CIVIL** 6518 (KMK)

       -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                     Defendant.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 8, 2022, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Judgment on the Pleadings is GRANTED. Defendant's Cross-Motion for Judgment on the Pleadings is DENIED. Judgment is entered in favor of Plaintiff, and this matter is remanded to the Commissioner for further administrative proceedings.

**Dated:**  New York, New York
          July 11, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     **Clerk of Court**
                                      **BY:**     K. Mango
                                                                      **Deputy Clerk**